UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| ENTIRE PREMISES OF | : | |
| **** WAHLER PLACE, SE | : | |
| **** STANTON ROAD SE, APT #**** | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, SE APT #* | : | |
| **** FOURTH STREET, SE, APT #* | : | |
| **** FOURTH STREET, S.E., APT #*** | : | |
| **** SECOND STREET, S.E., APT * | : | |
| All in Washington, D.C. | : | |
| _____ | : | |

**MOTION AND SUPPORTING MEMORANDUM TO SEAL SEARCH AFFIDAVIT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the affidavit in support of the search warrants for **** Wahler Place, SE, **** Stanton Road SE, Apartment #***, **** Fourth Street, SE, Apartment #*, **** Fourth Street, SE, Apartment #*, **** Fourth Street, SE Apartment #*, **** Fourth Street, SE, Apartment #*, **** Fourth Street, SE, Apartment #***, **** Second Street, S.E., Apartment *, all in Washington, D.C., as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents. In support of its motion, the government states as follows:

The application for this search warrant is part of an ongoing investigation which has been and is being conducted by the Federal Bureau of Investigation into narcotics trafficking in the District of Columbia and elsewhere.  It is imperative that the application and affidavit in support of this search warrant remain confidential to ensure the safety of the FBI special agents and other law

enforcement agents as the coordinated execution of the search warrant is planned and conducted and to preserve any evidence which may exist at the location to be searched.[1] The confidentiality of the investigation and the safety of the FBI special agents and others participating in the investigation could be compromised by the premature release of the information contained in the affidavit.

WHEREFORE, for all of the foregoing reasons, the United States requests that its motion be granted and that the affidavit in support of the search warrant be sealed as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents until further order of the court.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
Arvind K. Lal
Assistant United States Attorney
555 Fourth Street, N.W., Room 4217
Washington, D.C. 20530
Bar Number: 389496
(202) 353-8833

---

[1] See Washington Post v. Robinson, 935 F.2d 282, 289, f.n.10 (D.C. Cir. 1991).