UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. |
| : | |
| v. : | |
| : | **UNDER SEAL** |
| ENTIRE PREMISES OF : | |
| **** WAHLER PLACE, SE : | |
| **** STANTON ROAD SE, APT #*** : | |
| **** FOURTH STREET, SE, APT #* : | |
| **** FOURTH STREET, SE, APT #* : | |
| **** FOURTH STREET, SE APT #* : | |
| **** FOURTH STREET, SE, APT #* : | |
| **** FOURTH STREET, S.E., APT #*** : | |
| **** SECOND STREET, S.E., APT * : | |
| All in Washington, D.C. : | |
| _____ : | |

O R D E R

Upon motion of the United States, it is this _____ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge