UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 06 - 223 M - 01 |
| v. : | **UNDER SEAL** |
| ENTIRE PREMISES OF : <br> 1117 WAHLER PLACE, SE <br> 3092 STANTON ROAD SE, APT #203 : <br> 4203 FOURTH STREET, SE, APT #1 <br> 4331 FOURTH STREET, SE, APT #2 : <br> 4331 FOURTH STREET, SE APT #5 <br> 4217 FOURTH STREET, SE, APT #3 : <br> 4204 FOURTH STREET, S.E., APT #201 : <br> 3819 SECOND STREET, S.E., APT C <br> All in Washington, D.C. | FILED <br> MAY 1 8 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

ORDER

Upon motion of the United States, it is this _18th_ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge