AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1117 Wahler Place, SE
Washington, DC

## SEARCH WARRANT

CASE NUMBER: 06 - 223 M - 01

TO: __Special Agent Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

Location is described as a single family three story town house, with light grey vinyl siding with white trim and burgundy shutters with a white metal front door. This structure has concrete steps with black metal rails leading to the entrance of the townhouse. The townhouse has a covered porch supported by two white columns. The number "1117" is affixed on the front of the building in black and visible from Wahler Place, SE. A concrete sidewalk runs in front of the townhouse.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAY 26 2006_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒(in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006  2:00 pm                    at Washington, D.C.
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/06 | 5/23/06  6:10 AM | Carolyn Romaine Bezon-Moody |

INVENTORY MADE IN THE PRESENCE OF    Carolyn Romaine Bezon-Moody

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

**FiLED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    05-30-06
U.S. Judge or U.S. Magistrate Judge    Date

FD-597 (Rev 8-11-94) Page ___ of __1__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

6:10 AM

File # 2450-WF-221187

On (date) 5/23/2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) CAROLYN ROMAINE BECTON-MOODY
(Street Address) 1117 WAHLER PL SE
(City) WDC

Description of Item(s): ITEM #1 - INDICIA OF JAMES & CAROLYN BECTON FOUND IN WHITE BOX IN KITCHEN (ROOM F - SA GROVER)
ITEM #2 - PICTURE OF WILLIE BEST W FRIENDS IN LIVING (ROOM E - SA SNOW)
ITEM #3 - NUMEROUS PICTURES FOUND IN DRESSER DRAWER (ROOM C - SA NAUGLE)
ITEM #4 - DARIUS BECTON EULOGY FOUND IN DRESSER (ROOM C - SA NAUGLE)
ITEM #5 - PHOTO'S & INDICIA OF CAROLYN BECTON FOUND IN BEDROOM (ROOM H - DET SEPECK) (DET EDWARDS)
ITEM #6 - PHOTO & INDICIA FOUND ON WALL IN (ROOM K - DALRYMPLE)

Received By: _____   Received From: _____
              (Signature)                                    (Signature)