AO 458 (Rev. 6/98 DC) - APPEARANCE

**SEALED**

# United States District Court
## for the District of Columbia

In the Matter of the Search of:

1117 WAHLER PLACE, SE
WASHINGTON, DC

APPEARANCE + MOTION

CASE NUMBER: 06-223-M-01

**FILED**
JUN 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _____, WHO RESIDES AT 1117 Wahler Place, SE, WASH DC, AND RESPECTFULLY REQUESTS ANY AND ALL INFORMATION WHICH SERVED AS A BASIS FOR THE EXECUTION OF A SEARCH WARRANT. ~~r~~ WAS ONLY PROVIDED WITH A COPY OF THE WARRANT BUT NOT WITH AN AFFADAVIT OR OTHER INFORMATION WHICH SUPPORTED SAID SEARCH OF HER HOME. RESPECTFULLY SUBMITTED,

7 JUNE 2006
Date

419242
BAR IDENTIFICATION NO.

[Signature]
Signature

DAVID E. KINDERMANN
Print Name

1003 K ST NW #300
Address

WASH       DC       20001
City       State    Zip Code

202.393.6000 x207
Phone Number