AO 458 (Rev. 6/98 DC) - APPEARANCE

**SEALED**

# United States District Court
## for the District of Columbia

In the Matter of the Search of:

1117 WAHLER PLACE, SE
WASHINGTON, DC

APPEARANCE + MOTION

CASE NUMBER: 06-223-m-01

**FILED**

JUN 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

, WHO RESIDES
AT 1117 Wahler Place, SE, WASH DC, AND RESPECTFULLY REQUESTS
ANY AND ALL INFORMATION WHICH SERVED AS A BASIS
FOR THE EXECUTION OF A SEARCH WARRANT.
V , WAS ONLY PROVIDED WITH A COPY OF THE
WARRANT BUT NOT WITH AN AFFADAVIT OR OTHER
INFORMATION WHICH SUPPORTED SAID SEARCH OF HER
RESPECTFULLY SUBMITTED, HOME.

_7 JUNE 2006_
Date

_419242_
BAR IDENTIFICATION NO.

_____
Signature

DAVID E. KINDERMANN
Print Name

1003 K ST NW #300
Address

WASH          DC          20001
City          State          Zip Code

202. 393. 6000 X207
Phone Number