UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

IN RE THE MATTER OF THE SEARCH
OF 1117 WALTER PLACE, S.E.,
WASHINGTON, DC.

06-223-M-01 (JMF)

ORDER

**FILED**
JUN 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is, hereby,

**ORDERED** that the document entitled "Appearance and Motion" that was filed in this matter on June 7, 2006, be stricken from the record for failure to show service upon the United States and because the Court will only consider a request for relief if it is made in the form of a motion.

**SO ORDERED.**

June 13, 2006

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE



# United States District Court
## for the District of Columbia

**SEALED**

In the Matter of the Search of:

1117 WAHLER PLACE, SE
WASHINGTON, DC

APPEARANCE + MOTION

CASE NUMBER: 06-223-M-01

FILED
JUN 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judges Copy

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for CAROLYN BECTON-MOODY, WHO RESIDES AT 1117 Wahler Place, SE, WASH DC, AND RESPECTFULLY REQUESTS ANY AND ALL INFORMATION WHICH SERVED AS A BASIS FOR THE EXECUTION OF A SEARCH WARRANT. Ms. BECTON-MOODY WAS ONLY PROVIDED WITH A COPY OF THE WARRANT BUT NOT WITH AN AFFADAVIT OR OTHER INFORMATION WHICH SUPPORTED SAID SEARCH OF HER HOME. RESPECTFULLY SUBMITTED,

7 JUNE 2006
**Date**

419242
**BAR IDENTIFICATION NO.**

D. A. E. Kl...
**Signature**

DAVID E. KINDERMANN
**Print Name**

1003 K ST NW #300
**Address**

WASH         DC          20001
**City          State        Zip Code**

202.393.6000 x207
**Phone Number**