## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

1117 WAHLER PLACE, SE,                    :          06-223-M-01
WASHINGTON, D.C.                          :

**FILED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

   Upon consideration of the Government's motion to unseal the above captioned search

warrant and the docket entries related thereto, it is hereby

   ORDERED that the above captioned matters are unsealed.

_August 17, 2007_
Date

_____
United States Magistrate Judge